*E-FILED - 6/17/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G. HALL,<br><br>            Plaintiff,<br><br>    v.<br><br>JASMINE A. TEHRAN, et al.,<br><br>            Defendants. | No. C 09-0057 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PAY INITIAL FILING FEE<br><br>(Docket No. 14) |

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff filed a completed in forma pauperis (IFP) application.  Leave to proceed IFP was granted, and plaintiff was ordered to pay an initial partial filing fee of $3.33.  See 28 U.S.C. § 1915(b)(1).  Plaintiff has filed a request for an extension of time to pay the initial partial filing fee.  Having read and considered plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that plaintiff's request for an extension of time is GRANTED.  The time in which plaintiff may pay the initial partial filing fee will be extended up to and including thirty (30) days from the date of this order.

Failure to pay the initial partial filing fee as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.

Order Granting Plaintiff's Motion for Extension of Time to Pay Initial Filing Fee
P:\PRO-SE\SJ.Rmw\CR.09\Hall057.EOT-InitialFilingFee.wpd

1  If plaintiff contends he cannot pay the fee within that time, he may again request
2 extension of time to pay the initial partial filing fee.  However, such a request must be
3 accompanied by evidentiary support that he cannot afford pay it, in the form of a copy of his
4 inmate account statement.
5  This order terminates docket no. 14.
6  IT IS SO ORDERED.
7 DATED:  __6/16/09_____    _____
RONALD M. WHYTE
8 United States District Judge

United States District Court
For the Northern District of California

Order Granting Plaintiff's Motion for Extension of Time to Pay Initial Filing Fee
P:\PRO-SE\SJ.Rmw\CR.09\Hall057.EOT-InitialFilingFee.wpd    2