***E-FILED - 8/7/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G. HALL, | No. C 09-0057 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO PAY INITIAL FILING FEE |
| v. | |
| JASMINE A. TEHRAN, et al., | |
| Defendants.                    / | (Docket No. 16) |

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff filed a completed in forma pauperis (IFP) application. Leave to proceed IFP was granted, and plaintiff was ordered to pay an initial partial filing fee of $3.33. See 28 U.S.C. § 1915(b)(1). Plaintiff has filed a second request for an extension of time to pay the initial partial filing fee.

Having read and considered plaintiff's request, and good cause appearing, plaintiff's second request for an extension of time is GRANTED. The time in which plaintiff may pay the initial partial filing fee will be extended up to and including **sixty (60) days** from the date of this order.

Failure to pay the initial partial filing fee as ordered herein by the sixty-day deadline shall result in the dismissal of this action without prejudice.

Order Granting Plaintiff's Second Motion for Extension of Time to Pay Initial Filing Fee
P:\PRO-SE\SJ.Rmw\CR.09\Hall057.2dEOT-InitialFilingFee.wpd

1  This order terminates docket no. 16.

2  IT IS SO ORDERED.

3  DATED: __8/5/09_____



RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California