*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G. HALL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JASMINE A. TEHRANI, et al.,<br><br>　　　　Defendants.　　　　　　　　　　／ | No. C 09-0057 RMW (PR)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION; DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(Docket Nos. 24, 27) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S. C. § 1983. Presently, before the court is defendants' motion to change time to file a dispositive motion and plaintiff's request for an extension of time for service of the court's summons.

On October 22, 2009, defendants filed a motion to change time for their dispositive motion along with a declaration (docket nos. 27, 28). The declaration stated that Deputy Attorney Kyle Lewis was the attorney for defendants Tehrani and Murphy. The declaration also stated that service on both defendants was not completed until October 9, 2009.

Good cause appearing, the court GRANTS defendants' motion for extension of time. The time in which defendants may file their dispositive motion will be extended up to and including **January 21, 2010**. Plaintiff's opposition to the dispositive motion shall be filed with the court and served on defendants no later than **thirty (30) days** after the date defendants' motion is filed. If

defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

Plaintiff's motion for extension of time for service of court's summons (docket no. 24) is DENIED as moot.

This order terminates docket nos. 24, 27.

IT IS SO ORDERED.

Dated:   12/7/09



RONALD M. WHYTE
United States District Judge

Order Granting Defendants' Motion to Change Time to File a Dispositive Motion; Denying Plaintiff's Motion for Service as Moot
P:\PRO-SE\SJ.Rmw\CR.09\Hall057EOT-Service-DispMtn.wpd     2