|   |   |   |
|---|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California | |
| 2 | JAY C. RUSSELL<br>Supervising Deputy Attorney General | |
| 3 | KYLE A. LEWIS<br>Deputy Attorney General | |
| 4 | State Bar No. 201041<br> 455 Golden Gate Avenue, Suite 11000 | *E-FILED - 6/24/10* |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5500 | |
| 6 |  Fax:  (415) 703-5843<br> E-mail:  Kyle.Lewis@doj.ca.gov | |

*Attorneys for Defendants  
Tehrani and Murphy*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD GARY HALL,<br><br>                           Plaintiff,<br><br>       v.<br><br>JASMINE A. TEHRANI, et al.,<br><br>                           Defendants. | C 09-0057 RMW (PR)<br><br>**STIPULATION AND [XXXXXXX]<br>ORDER STAYING DISCOVERY** |

Subject to the approval of this Court, the parties stipulate to the following protective order:

1. All discovery in this matter, including discovery that has already been served, is stayed until the Court screens Plaintiff's Amended Complaint and issues an order of service and/or dismissal on the amended complaint, or issues an order regarding discovery.

//
//
//
//
//

1

2. Upon the issuance of either order by the Court, the time for responding to discovery already served shall begin running with the service of the Court's order, but responses shall in no event be due earlier than 30 days after service of the Court's order.

SO STIPULATED:

Dated: 4-28-2010

Richard Gary Hall
Plaintiff

Dated: 5/5/10

EDMUND G. BROWN JR.
Attorney General of California

KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants*
*Tehrani and Murphy*

IT IS SO ORDERED:

DATED: 6/23/10

HONORABLE RONALD M. WHYTE
United States District Judge

SF2009202515
40451454.doc

2

Stip. & XXXXX Order Staying Disc. (C 09-0057 RMW (PR))

# CERTIFICATE OF SERVICE

Case Name:  **R. G. Hall v. J. Tehrani, et al.**          No.  **C 09-0057 RMW (PR)**

I hereby certify that on **May 6, 2010**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **May 6, 2010**, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Richard Gary Hall, Jr., C-07278**
**Correctional Training Facility**
**P.O. Box 689**
**Soledad, CA  93960-0689**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 6, 2010**, at San Francisco, California.

|  L. Tra  |  _(signature)_  |
|---|---|
|  Declarant  |  Signature  |

SF2009202515
40454943.doc