1

2

3  <mark>E×ÌÈ×ČŠÒÖ ÆÆ Ð×ĞĐ H Ė</mark>

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  **RICHARD GARY HALL,**                    Case No. C 09-0057 RMW (PR)

                                   Plaintiff,   **[] ORDER GRANTING**
13                                              **DEFENDANTS' MOTION TO CHANGE**
                                                **TIME TO FILE REPLY BRIEF**
14        v.                                    **SUPPORTING MOTION FOR**
                                                **SUMMARY JUDGMENT**
15  **JASMINE A. TEHRANI, et al.,**

16                                   Defendants.

17

18        Defendants Tehrani and Murphy have moved for a twenty-day extension, up to and

19  including January 16, 2013, in which to file their reply in support of Defendants' motion for

20  summary judgment.  The Court has read and considered Defendants' motion to change time and

21  the accompanying declaration of counsel and, good cause appearing,

22        IT IS ORDERED that Defendants' requested extension of time is GRANTED.  The time in

23  which Defendants may file a reply is extended up to and including January 16, 2013.

24

25  Dated:   _F×ĞĐ H_____          *Ronald M. Whyte*
                                                THE HONORABLE RONALD M. WHYTE
26                                              United States District Court

27

28

                                   1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD G HALL,

               Plaintiff,

  v.

JASMINE A TEHRAN et al,

               Defendant.

                             /

Case Number: CV09-00057 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Gary Hall C-07278
Correctional Training Facility
P.O. Box 689
YW-343up
Soledad, CA 93960-0689

Dated: January 22, 2013

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk