*E-FILED on March 29, 2013*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GARY HALL, JR., | ) | No. C 09-0057 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JASMINE A. TEHRANI, et al., | ) | |
| Defendants. | ) | |

The court has granted defendants' motion for summary judgment. Judgment is entered in favor of defendants and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/29/13

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.09\Hall057jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G HALL, | Case Number: CV09-00057 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JASMINE A TEHRAN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Gary Hall C-07278
Correctional Training Facility
P.O. Box 689
YW-343up
Soledad, CA 93960-0689

Dated: March 29, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk