**E-FILED on     3/29/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARY HALL, JR., | No. C 09-0057 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| JASMINE A. TEHRANI, et al., | |
| Defendants. | |

    The court has granted defendants' motion for summary judgment.  Judgment is entered in favor of defendants and against plaintiff.  The clerk shall close the file.

    IT IS SO ORDERED.

DATED: __3/29/13__

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.09\Hall057jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G HALL,<br><br>        Plaintiff,<br><br>  v.<br><br>JASMINE A TEHRAN et al,<br><br>        Defendant. | Case Number: CV09-00057 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Gary Hall C-07278
Correctional Training Facility
P.O. Box 689
YW-343up
Soledad, CA 93960-0689

Dated: March 29, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk