IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GARY HALL, JR., | ) | No. C 09-0057 RMW (PR) |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S MOTION FOR |
| v. | ) ) | COURT COPIES |
| JASMINE A. TEHRANI, et al., | ) | (Docket No. 224) |
| Defendants. | ) ) ) | |

Plaintiff, a prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 29, 2013, the court granted defendants' motion for summary judgment. On April 10, 2013, plaintiff filed a motion for reconsideration. On November 27, 2013, the court denied plaintiff's motion for reconsideration and granted plaintiff an extension of time within which to file a notice of appeal. On January 2, 2014, plaintiff filed a notice of appeal.

Plaintiff has now filed a motion for the court to provide him with a copy of the court record, and requests that the government be charged for paying for copies. In this motion, plaintiff indicates that he is financially indigent and requires a copy of the court record in order for him to quote from and support his claims on appeal. Plaintiff's motion is DENIED.

The court notes that plaintiff has received a copy of all orders in this action at the time of filing, and the defendants' pleadings contain a certificate of service indicating that plaintiff has

1  been served with their papers as well.  Plaintiff provides no authority to support his request that
2  the government should provide him free copies of the over 200 pleadings filed in this action.
3  Should plaintiff require an additional copy of certain pleadings, the court directs the clerk to
4  enclose a form for plaintiff to request any copies from the clerk and make payment for such
5  copies.   Plaintiff may submit the enclosed form requesting copies and make payment for them to
6  the clerk.  Once payment is received, the clerk will send plaintiff a copy of the specific
7  documents he requests.

**No further filings will be considered in this closed case.**

IT IS SO ORDERED.

DATED:  Í ÐÍÐ€ÐÑ Ð

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Plaintiff's Motion for Reconsideration
P:\PRO-SE\RMW\CR.09\Hall057copies.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G HALL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JASMINE A TEHRAN et al,<br><br>　　　　　Defendant. | Case Number: CV09-00057 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Gary Hall C-07278
Correctional Training Facility
P.O. Box 689
YW-343up
Soledad, CA 93960-0689

Dated: November 27, 2013

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk